IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PASCHA THOMAS, as guardian of
Jane Doe, a minor, as next friend,
Jane Doe,

    Plaintiff,

v.

CITY SCHOOLS OF DECATUR,
DR. DAVID DUDE, and MARCIA
FOWLER,

    Defendants.

CIVIL ACTION FILE

NO. 1:20-CV-2317-MHC

## ORDER

It is hereby **ORDERED** that the Georgia Department of Human Services Acting Through Muscogee County Division of Family and Children Services' Motion to Quash Subpoena [Doc. 63] is **DENIED WITHOUT PREJUDICE**. The motion was filed in violation of this Court's Standing Order, the pertinent portion of which states as follows:

> Notwithstanding LR 37.1, NDGa., prior to filing any motion related to discovery, including but not limited to motions to compel discovery, <u>to quash a subpoena</u>, for a protective order, or for sanctions (with the exception of unopposed, consent, or joint motions to extend the discovery period), the movant, after conferring with the respondent in a good-faith effort to resolve the dispute by agreement, must contact

> Ms. [Lisa Enix]¹ to notify her that there is a discovery dispute. Ms. [Enix] will then schedule a conference call in which the Court will attempt to resolve the matter without the necessity of a formal motion, and a court reporter will be provided by the Court to take down the conference call. The Court will request that each side submit a brief, one-page statement of the issues in advance of the conference call.
>
> In addition, if any party has a dispute with a non-party (e.g., regarding a subpoena), the party and <u>the non-party must follow these instructions</u>, and the party must promptly inform the non-party of this discovery-dispute policy. <u>If the non-party requires the Court's involvement in resolving the dispute, it should not file a motion, but rather, should follow the procedure detailed in this subparagraph.</u>

Standing Order [Doc. 7] § II.G.3 (emphasis added).

The parties and/or non-party shall contact Ms. Enix is compliance with this Court's Standing Order for resolution of any existing discovery disputes.

**IT IS SO ORDERED** this 4th day of January, 2022.

_____
MARK H. COHEN
United States District Judge

---

¹ Ms. Lisa Enix has replaced Ms. Lynn Beck as Judge Cohen's Courtroom Deputy. She may be contacted at Lisa_Enix@gand.uscourts.gov. See Standing Order (revised January 1, 2022) at http://www.gand.uscourts.gov/sites/default/files/MHC_Standing_Order.pdf