UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PASCHA THOMAS as Guardian of Jane Doe, a minor; as next friend of Jane Doe, Plaintiff<br><br>vs.<br><br>CITY SCHOOLS OF DECATUR, DR. DAVID DUDE, and MARCIA FOWLER, Defendants. | CIVIL ACTION FILE<br><br>No. 1:20-CV-2317-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendants recover costs of this action, and that the action be, and the same hereby, is DISMISSED.

Dated at Atlanta, Georgia, this 20th day of September, 2023.

                KEVIN P. WEIMER
                CLERK OF COURT

            By: s/ T. Frazier
                Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
September 20, 2023
Kevin P. Weimer
Clerk of Court

By: s/ T. Frazier
Deputy Clerk