IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PASCHA THOMAS, as Guardian and next friend Of JANE DOE, a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action File No. 1:20-cv-02317-MHC |
| CITY SCHOOLS OF DECATUR, DR. DAVID DUDE, individually and in his official capacity, and MARCIA FOWLER, individually and in her official capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REDUCE COST AWARD AND TO STAY RECOVERY OF COSTS PENDING APPEAL

COME NOW Defendants City Schools of Decatur, Dr. David Dude, and Marcia Fowler ("Defendants") and, pursuant to Northern District of Georgia Local Rule 7.1(B), submit this Response to Plaintiff's Motion To Reduce Cost Award and to Stay Recovery of Costs Pending Appeal [Doc 198].

### I. FACTUAL BACKGROUND

On September 20, 2023, this Court entered an Order granting Defendants' Motion for Summary Judgment [Doc. 187] and a Judgment dismissing Plaintiff's claims and ordering that Defendants recover costs of this action [Doc. 188]. Defendants filed their Bill of Costs on October 20, 2023, asserting that in defense of

-1-

this action, they necessarily incurred taxable costs in the total amount of $16,104.68. [Doc. 192]. Plaintiff did not file any objections to the Bill of Costs filed by Defendants. On November 20, 2023, the clerk's office entered an Order taxing all costs incurred by Defendants ($16,104.68) against Plaintiff and to be included in the Judgment. [Doc. 195; Doc. 188].

On October 19, 2023, Defendant filed her Notice of Appeal of this Court's Order Granting Summary Judgment to Defendants to the United States Court of Appeals of the Eleventh Circuit. [Doc. 189]. Plaintiff's appeal has been docketed and is currently pending in the Eleventh Circuit Court of Appeals. [Doc. 193]. On December 4, 2023, Plaintiff filed the Motion to Reduce Cost Award and to Stay Recovery of Costs Pending Appeal at issue, asking the Court to waive or significantly reduce the Court's award of costs against her based on her financial status and to stay the execution of the judgment against her and proceedings to enforce the same pending the outcome of her appeal. [Doc. 198].

**II.** **ARGUMENT**

Defendants do not object to Plaintiff's request that the Court enter an Order to stay the execution of the Judgment against Plaintiff [Doc. 195; Doc. 188] and proceedings to enforce the same pending the outcome of Plaintiff's appeal pursuant to Federal Rule of Civil Procedure 62(a).

Defendants also move this Court to refrain from ruling on Plaintiff's Motion to Reduce Cost Award pending the outcome of Plaintiff's appeal in order to conserve the judicial resources required to determine if and/or how much to reduce the award of costs against Plaintiff, particularly if the Court stays the execution of the Judgment against Plaintiff while her case is on appeal. See, e.g., Teagan v. City of McDonough, Georgia, No. 1:15-cv-00607, 2018 WL 10455935, at *1 (N.D. Ga. May 9, 2018) (Where Plaintiff "move[d] the Court to set aside the taxation of costs or reduce the costs in light of Plaintiff's financial status. . . . Rather than resolving the issue of costs during the pendency of the appeal, the Court determine[d] that the ends of justice would be better served by . . . grant[ing] Plaintiff's request to review the Bill of Costs after the appeal, but den[ying] Plaintiff's request to set aside or reduce the costs at this time.."); Oduok v. Cobb Cnty. Bd. of Comm'rs, No. 1:00-cv-2046, 2007 WL 9701622, at *4 (N.D. Ga. July 16, 2007) ("To conserve judicial resources, the Court will not referee any dispute over costs while the case is on appeal. Once that matter is concluded, the Court will then consider any objections that plaintiff may file. Moreover, the Court directs the defendants not to attempt to collect any part of their claimed costs in this court until the appellate process is over.").

### III.  CONCLUSION

For the reasons set forth above, Defendants do not object to a stay of the execution of the Judgment against Plaintiff, and respectfully request that this Court

refrain from ruling on Plaintiff's Motion to Reduce Cost Award pending the outcome

of Plaintiff's appeal.

Respectfully submitted this 18th day of December, 2023.

| | |
|---|---|
| Wilson, Morton & Downs, LLC<br>Two Decatur TownCenter<br>125 Clairemont Ave., Suite 420<br>Decatur, GA 30030<br>(404) 377-3638<br>kware@wmdlegal.com<br>bwilson@wmdlegal.com<br>jyoung@wmdlegal.com | */s/ Jill T. Young*<br>Keri P. Ware<br>Georgia Bar No. 737751<br>Robert E. Wilson<br>Georgia Bar No. 768950<br>Jill T. Young<br>Georgia Bar No. 367039 |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PASCHA THOMAS, as ) <br> Guardian and next friend ) <br> Of JANE DOE, a minor, ) <br> ) <br>       Plaintiff, ) <br> vs. ) <br> ) <br> CITY SCHOOLS OF DECATUR, ) <br> DR. DAVID DUDE, individually ) <br> and in his official capacity, and ) <br> MARCIA FOWLER, individually ) <br> and in her official capacity, ) <br> ) <br>       Defendants. ) | Civil Action File <br> No. 1:20-cv-02317-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REDUCE COST AWARD AND TO STAY RECOVERY OF COSTS PENDING APPEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel via e-mail:

| | |
|---|---|
| Vernadette R. Broyles | vbroyles@childparentrights.org |
| Joel Thompson | jthornton@childparentrights.org |
| Mary E. McAlister | mmcalister@childparentrights.org |
| Ernest G. Trakas | etrakas@childparentrights.org |
| Child & Parental Rights Campaign, Inc. | |

This 18th day of December, 2023.

                                             */s/ Jill T. Young* <br>
                                             Jill T. Young <br>
                                             Georgia Bar No. 367039